IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 20-cv-00483-CMA-KMT

LATOSHA BOWMAN,

   Plaintiff,

v.

FINISH LINE AUTO SALES, LLC, *doing business as Finishline Motors*,

   Defendant.

## ORDER COMPELLING ARBITRATION

   This matter is before the Court on Defendant's Motion to Compel Arbitration and Stay Proceedings. (Doc. # 15.) Plaintiff does not oppose Defendant's Motion, object to arbitration of her claims against Defendant, or object to a stay of these proceedings. (Doc. # 16.) Upon review of the Motion, the case file, and the relevant legal authority, the Court is satisfied that the issues involved in the instant action are referable to arbitration under the arbitration agreement between the parties. Therefore, it is

   ORDERED that Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. # 15) is hereby GRANTED. It is

   FURTHER ORDERED that, pursuant to 9 U.S.C. §§ 3–4, the parties shall proceed to arbitration in the manner provided for in their arbitration agreement and the instant action is hereby STAYED pending resolution of the arbitration proceedings. It is

FURTHER ORDERED, pursuant to D.C.COLO.LCivR 41.2, that the Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case until April 26, 2021. At such time, the case will be dismissed without further notice to either party unless, prior to that date, one or both of the parties file either a request to have the case remain pending as administratively closed because the arbitration is still pending or a motion to reopen or dismiss the case based on the arbitrator's decision.

DATED: June 30, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge